IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CARLOS EDUARDO LOREFICE LYNCH, | § § § | No. 356, 2020 |
| Plaintiff-Below, Appellant, | § § § | |
| v. | § § | Court Below: Court of Chancery of the State of Delaware |
| R. ANGEL GONZALEZ GONZALEZ, TELEVIDEO SERVICES, INC., a Florida Corporation, and JUAN PABLO ALVIZ, | § § § § § | C.A. No. 2019-0356 |
| Defendants-Below, Appellees. | § § § | |

Submitted: May 12, 2021
Decided: June 1, 2021

Before **VALIHURA**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## O R D E R

This 1st day of June, 2021, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated July 31, 2020 and its Final Order and Judgment dated October 2, 2020;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice